IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN SYKES                                              PLAINTIFF

v.                          No. 3:20-cv-316-DPM

ROGER WATKINS, Landlord                                     DEFENDANT

## JUDGMENT

Sykes's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2020